**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RICHARD FIGUEROA,**

        **Plaintiff,**

-vs-                                              **Case No. 6:10-cv-1421-Orl-31KRS**

**KRAFT FOODS GLOBAL, INC.,**

        **Defendant.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION TO EXTEND DEADLINES (Doc. No. 19)**
>
> **FILED:**       March 17, 2011
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. The parties offer no explanation for their failure to schedule any depositions prior to the March 31, 2011 close of discovery. As such, they have not shown good cause under Rule 16. However, the Court will permit the parties an additional month to complete discovery, accomplish mediation, and file dispositive and Daubert motions. Those deadlines are hereby extended to April 30, April 30, May 2, and June 6, respectively. The pretrial and trial deadlines remain in place.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 21, 2011.

                                                                **GREGORY A. PRESNELL**
                                                            **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party